## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN SYMONIES,

    Plaintiff,

        v.

MARK McANDREW, JOHN TIGUE,
AND LACKAWANNA COUNTY,

    Defendants.

NO. 3:19-CV-0707

(JUDGE CAPUTO)

## ORDER

**NOW**, this 16th day of September, 2019, **IT IS HEREBY ORDERED** that:

(1)    Defendants' Motion for Judgment on the Pleadings (Doc. 12) is **GRANTED**.

(2)    Judgment is **ENTERED** in favor of Defendants and against Plaintiff on Count One of the Complaint.

(3)    The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge